GRANDVIEW CONSTRUCTION CORP., Plaintiff, v. ROREOK CONSTRUCTION CO., INC., et al, Defendants. MALAN CONSTRUCTION CORP., Defendant and Third-Party Plaintiff-Respondent, et al., Defendant and Third Party Plaintiff, v. PHOENIX OF HARTFORD INSURANCE COMPANY, Third-Party Defendant-Appellant. PHOENIX OF HARTFORD INSURANCE COMPANY, Second Third-Party Plaintiff v. ROREOK CONSTRUCTION CO., INC., et al., Second Third-Party Defendants. HERMAN KORFHAGE, Plaintiff, v. MALAN CONSTRUCTION CORP. et al., Defendants.—

Such supplemental answer shall be served within 20

days after entry of the order hereon. We do not pass on the sufficiency of the new affirmative defense sought to be pleaded in the proposed supplemental answer. That question should not be determined on a motion for leave to serve an amended pleading. The sufficiency of the defense may be more properly tested by a motion addressed directly to that question (cf. *Vasile & Son, v. Concrete Trans-Mix Corp.*, 1 A D 2d 936). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.